# *Exhibit A*

| STATE OF MICHIGAN<br>THIRD JUDICIAL CIRCUIT<br>WAYNE COUNTY | SUMMONS AND COMPLAINT | CASE NO.<br>16-015805-NF<br>Hon. Megan Maher Brennan |
|---|---|---|

2 Woodward Ave., Detroit MI 48226

Court Telephone No. 313-224-0121

| **Plaintiff**<br>MICHIGAN AMBULATORY SURGICAL CENTER, LLC, (re: | v | **Defendant**<br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COM |
|---|---|---|
| **Plaintiff's Attorney**<br>Anthony Jered Bordoley, P-74864<br>30300 Northwestern Hwy Ste 321<br>Farmington Hills, MI 48334-3481 | | **Defendant's Attorney** |

**SUMMONS** **NOTICE TO THE DEFENDANT:** In the name of the people of the State of Michigan you are notified:

1. You are being sued.
2. **YOU HAVE 21 DAYS** after receiving this summons to **file a written answer with the court** and serve a copy on the other party **or take other lawful action with the court** (28 days if you were served by mail or you were served outside this state). (MCR 2.111[C])
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.

| Issued | This summons expires | Court clerk |
|---|---|---|
| 12/ 2/2016 | 3/ 3/2017 | File & Serve Tyler |

*This summons is invalid unless served on or before its expiration date. This document must be sealed by the seal of the court.

**COMPLAINT** ***Instruction: The following is information that is required to be in the caption of every complaint and is to be completed by the plaintiff. Actual allegations and the claim for relief must be stated on additional complaint pages and attached to this form.***

☐ This is a business case in which all or part of the action includes a business or commercial dispute under MCL 600.8035.

**Family Division Cases**

☐ There is no other pending or resolved action within the jurisdiction of the family division of the circuit court involving the family or family members of the parties.

☐ An action within the jurisdiction of the family division of the circuit court involving the family or family members of the parties has been previously filed in ______________________________ Court.

The action ☐ remains ☐ is no longer pending. The docket number and the judge assigned to the action are:

| Docket no. | Judge | Bar no. |
|---|---|---|
| | | |

**General Civil Cases**

☐ There is no other pending or resolved civil action arise out of the same transaction or occurrence as alleged in the complaint.

☐ An civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has been previously filed in ______________________________ Court.

The action ☐ remains ☐ is no longer pending. The docket number and the judge assigned to the action are:

| Docket no. | Judge | Bar no. |
|---|---|---|
| | | |

**VENUE**

| Plaintiff(s) residence (include city, township, or village) | Defendant(s) residence (include city, township, or village) |
|---|---|
| Place where action arose or business conducted | |

_______________ ______________________________

Date Signature of attorney/plaintiff

If you require special accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

| STATE OF MICHIGAN<br>THIRD JUDICIAL CIRCUIT<br>WAYNE COUNTY | PROOF OF SERVICE | CASE NO.<br>16-015805-NF |
|---|---|---|

**TO PROCESS SERVER:** You are to serve the summons and complaint not later than 91 days from the date of filing or the date of expiration on the order for second summons. You must make and file your return with the court clerk. If you are unable to complete service you must return this original and all copies to the court clerk.

## CERTIFICATE / AFFIDAVIT OF SERVICE / NONSERVICE

☐ **OFFICER CERTIFICATE** **OR** ☐ **AFFIDAVIT OF PROCESS SERVER**

I certify that I am a sheriff, deputy sheriff, bailiff, appointed court officer, or attorney for a party (MCR 2.104[A][2]), and that: (notarization not required)

Being first duly sworn, I state that I am a legally competent adult who is not a party or an officer of a corporate party, and that: (notarization required)

☐ I served personally a copy of the summons and complaint,

☐ I served by registered or certified mail (copy of return receipt attached) a copy of the summons and complaint, together with ______________________________

List all documents served with the Summons and Complaint

______________________________

______________________________ on the defendant(s):

| Defendant's name | Complete address(es) of service | Day, date, time |
|---|---|---|
| | | |
| | | |

☐ I have personally attempted to serve the summons and complaint, together with any attachments, on the following defendant(s) and have been unable to complete service.

| Defendant's name | Complete address(es) of service | Day, date, time |
|---|---|---|
| | | |
| | | |

I declare that the statements above are true to the best of me information, knowledge and belief.

| Service fee | Miles traveled | Mileage fee | Total fee |
|---|---|---|---|
| $ | $ | $ | $ |

______________________________
Signature

______________________________
Name (type or print)

______________________________
Title

Subscribed and sworn to before me on ____________ , ______________ County, Michigan.
Date

My commission expires: ____________ Signature: ______________________________
Date Deputy court clerk/Notary public

Notary public, State of Michigan, County of ______________________

## ACKNOWLEDGMENT OF SERVICE

I acknowledge that I have received service of the summons and complaint, together with ______________________________
Attachments

______________________________ on ______________________________
Day, date, time

______________________________ on behalf of ______________________________
Signature

STATE OF MICHIGAN
IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE

MICHIGAN AMBULATORY SURGICAL CENTER, LLC,

Plaintiff,

Hon.
Case No. -NF

-vs-

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

Defendant.
______________________________________/

Anthony J. Bordoley (P74864)
Attorney for Plaintiff
30300 Northwestern Hwy., Ste. 321
Farmington Hills, MI 48334
Phone - (248) 352-7680, Ext. 356
Fax - (248) 479-5900

______________________________________/

16-015805-NF
FILED IN MY OFFICE
WAYNE COUNTY CLERK
12/2/2016 4:31:38 PM
CATHY M. GARRETT

A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has been previously filed in UNITED STATES DISTRICT COURT EASTERN DISTRICT OF MICHIGAN SOUTHERN DIVISION. The action **remains** pending.
The docket number and the judge assigned to the action are:
Docket Number: 16-cv-10508, Honorable Paul D. Borman (P11015).

**COMPLAINT**

NOW COMES Plaintiff, Michigan Ambulatory Surgical Center, LLC, by and through its attorney, Anthony J. Bordoley, and for its Complaint states as follows:

1. That Plaintiff, Michigan Ambulatory Surgical Center, LLC, (hereinafter 'MASC') is a Michigan Corporation whose principal place of business is in the City of Oak Park, County of Oakland.

2. That Defendant, State Farm Mututal Automobile Insurance Comany, is an insurance company licensed to do business in the State of Michigan, and

       conducting a regular, systematic and continuous part of its business in the Wayne County, Michigan.

3. That the amount in controversy herein does exceeds $25,000 and is otherwise within the jurisdiction of this Honorable Court.

4. That on or about August 9, 2014, injured person, Tamika Burrell, did sustain accidental bodily injuries in an accident arising out of the ownership, operation, maintenance, or use of a motor vehicle.

5. That Defendant is first in order of priority to pay for an injured person, Tamika Burrell's, claim for no fault personal protection insurance benefits in accordance with Chapter 31 of the Michigan Insurance Code, more commonly known as the "no fault insurance law".

6. That Defendant assigned claim number 224W13234 to the injured person, Tamika Burrell, claim.

7. That the above said automobile insurance policy contained the standard no-fault provisions pursuant to MCL 500.3101 et seq., a copy of which is in the possession of the Defendant.

8. That under the terms and conditions of Michigan No-Fault Automobile Insurance Act MCL 500.3101 et seq. (hereinafter referred to as 'No-Fault Act'), Defendant became obligated to pay to or on behalf of injured person, Tamika Burrell, certain expenses and losses if she sustained accidental bodily injuries in an accident arising out of the ownership, operation, maintenance, or use of a motor vehicle during the policy period.

9. That on numerous dates, the Plaintiff provided medical treatment to Defendant's insured, Tamika Burrell, for injuries he suffered as a result of her August 9, 2016 accident, there result of which are medical bills due and owing to Plaintiff.

10. That Plaintiff sought recovery from Defendant for the above stated personal protection benefits pursuant to the No-Fault Act.

11. That Plaintiff has fully complied with the requirements of the applicable contract of insurance and the No-Fault Act, and has provided Defendant with reasonable proof of all outstanding medical expense benefits owed at this time.

12. That Defendant has refused to pay Plaintiff necessary and incurred expenses at a reasonable and customary rate related to claimant, Tamika Burrell's, medical care in accordance with the contract provisions and the No-Fault Act.

13. That by wrongfully denying Plaintiff's claims, Defendant breached its statutory duty and is liable for that amount of coverage to which Plaintiff is rightfully entitled.

14. That the unpaid billings previously submitted for payment to the Defendant is $123,467.00, exclusive of interest, and costs. (**Exhibit A**).

15. That the Defendant’s refusal of Plaintiff’s billings is unreasonable.

16. That all applicable set-offs have been applied.

17. That the Defendant is liable for Plaintiff’s attorney fees pursuant to MCL 500.3148 for its unreasonable refusal of Plaintiff’s billing.

WHEREFORE, Plaintiff, Michigan Ambulatory Surgical Center, LLC, prays for a Judgment against Defendant in an amount to exceed $25,000.00 together with all past and presently owed no-fault benefits, interest, costs, no-fault penalty interest and no-fault penalty attorney fees.

          Respectfully Submitted,
          Martin W. Bordoley, P.C.
By:   /s/Anthony J. Bordoley
          Anthony J. Bordoley (P74864)
          Attorney for Plaintiff
          30300 Northwestern Hwy. Suite 321
          Farmington Hill's, MI 48834
          (248) 352-7680, Ext. 356

# EXHIBIT A

STATE FARM AUTO
PO BOX 661023
DALLAS TX 75266-75266

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

Page 1 of 2

1. MEDICARE / MEDICAID / TRICARE / CHAMPVA / GROUP HEALTH PLAN / FECA BLK LUNG / OTHER: X (ID#)

1a. INSURED'S I.D. NUMBER: 224W13234

2. PATIENT'S NAME (Last Name, First Name, Middle Initial): BURRELL TAMIKA

3. PATIENT'S BIRTH DATE: 04 28 75 SEX: F X

4. INSURED'S NAME (Last Name, First Name, Middle Initial): BURRELL TAMIKA

5. PATIENT'S ADDRESS (No., Street): 16842 AVON AVENUE
CITY: DETROIT STATE: MI
ZIP CODE: 48219 TELEPHONE (Include Area Code): ( )

6. PATIENT RELATIONSHIP TO INSURED: Self X Spouse Child Other

7. INSURED'S ADDRESS (No., Street): 16842 AVON AVENUE
CITY: DETROIT STATE: MI
ZIP CODE: 48219 TELEPHONE (Include Area Code): ( )

8. RESERVED FOR NUCC USE

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)
a. OTHER INSURED'S POLICY OR GROUP NUMBER
b. RESERVED FOR NUCC USE
c. RESERVED FOR NUCC USE
d. INSURANCE PLAN NAME OR PROGRAM NAME

10. IS PATIENT'S CONDITION RELATED TO:
a. EMPLOYMENT? (Current or Previous) YES / X NO
b. AUTO ACCIDENT? YES / X NO PLACE (State)
c. OTHER ACCIDENT? YES / X NO
10d. CLAIM CODES (Designated by NUCC)

11. INSURED'S POLICY GROUP OR FECA NUMBER
a. INSURED'S DATE OF BIRTH: 04 28 75 SEX: F X
b. OTHER CLAIM ID (Designated by NUCC)
c. INSURANCE PLAN NAME OR PROGRAM NAME: STATE FARM AUTO
d. IS THERE ANOTHER HEALTH BENEFIT PLAN? YES / X NO *If yes, complete items 9, 9a, and 9d.*

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED SIGNATURE ON FILE DATE 02 09 2016

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP) QUAL.
15. OTHER DATE QUAL.
16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM TO
17. NAME OF REFERRING PROVIDER OR OTHER SOURCE: DN Zamorano Lucia M.D.
17a.
17b. NPI 1770549010
18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM TO
19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)
20. OUTSIDE LAB? YES / NO $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E) ICD Ind. 0
A. M542 B. M5002 C. D. E. F. G. H. I. J. K. L.

22. RESUBMISSION CODE ORIGINAL REF. NO.
23. PRIOR AUTHORIZATION NUMBER

| | 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 02 09 16 | 02 09 16 | 24 | | 63075 | 50 | AB | 30661 00 | 1 | | NPI | 1770549010 |
| 2 | 02 09 16 | 02 09 16 | 24 | | 22554 | 50 59 | AB | 32947 00 | 1 | | NPI | 1770549010 |
| 3 | 02 09 16 | 02 09 16 | 24 | | 22845 | 50 | AB | 6288 00 | 1 | | NPI | 1770549010 |
| 4 | 02 09 16 | 02 09 16 | 24 | | 22851 | 50 | AB | 3497 00 | 1 | | NPI | 1770549010 |
| 5 | 02 09 16 | 02 09 16 | 24 | | 22585 | 50 59 | AB | 3012 00 | 1 | | NPI | 1770549010 |
| 6 | 02 09 16 | 02 09 16 | 24 | | 63076 | 50 59 | AB | 39287 00 | 1 | | NPI | 1770549010 |

25. FEDERAL TAX I.D. NUMBER: 611723805 SSN EIN X
26. PATIENT'S ACCOUNT NO.: 0000189
27. ACCEPT ASSIGNMENT? (For govt. claims, see back) X YES NO
28. TOTAL CHARGE $
29. AMOUNT PAID $
30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
SIGNED L Zamorano M.D. DATE 02/09/16

32. SERVICE FACILITY LOCATION INFORMATION
Michigan Amb Surgical Center
22000 Greenfield Rd
OAK PARK, MI 48237
a. 1790109445 b.

33. BILLING PROVIDER INFO & PH # (248) 206-2990
Michigan Amb Surgical Center
22000 Greenfield Rd
OAK PARK, MI 48237
a. 1790109445 b.

STATE FARM AUTO
PO BOX 661023
DALLAS TX 75266-75266

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

Page 2 of 2

1. Other: X
1a. INSURED'S I.D. NUMBER: 224W13234

2. PATIENT'S NAME: BURRELL TAMIKA
3. PATIENT'S BIRTH DATE: 04 28 75 — SEX: F X
4. INSURED'S NAME: BURRELL TAMIKA
5. PATIENT'S ADDRESS: 16842 AVON AVENUE — CITY: DETROIT — STATE: MI — ZIP CODE: 48219
6. PATIENT RELATIONSHIP TO INSURED: Self X
7. INSURED'S ADDRESS: 16842 AVON AVENUE — CITY: DETROIT — STATE: MI — ZIP CODE: 48219

10. IS PATIENT'S CONDITION RELATED TO:
a. EMPLOYMENT? NO X
b. AUTO ACCIDENT? NO X
c. OTHER ACCIDENT? NO X

11. a. INSURED'S DATE OF BIRTH: 04 28 75 — SEX: F X
c. INSURANCE PLAN NAME OR PROGRAM NAME: STATE FARM AUTO
d. IS THERE ANOTHER HEALTH BENEFIT PLAN? NO X

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE — SIGNED: SIGNATURE ON FILE — DATE: 02 09 2016
13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE — SIGNED: SIGNATURE ON FILE

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE: DN Zamorano Lucia M.D.
17b. NPI: 1770549010

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY — ICD Ind. 0
A. M542 B. M5002

| | From MM | DD | YY | To MM | DD | YY | Place of Service | CPT/HCPCS | Modifier | Diagnosis Pointer | $ Charges | | Days or Units | ID Qual. | Rendering Provider ID # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 02 | 09 | 16 | 02 | 09 | 16 | 24 | 77003 | 59 | AB | 241 | 00 | 1 | NPI | 1770549010 |
| 2 | 02 | 09 | 16 | 02 | 09 | 16 | 24 | 20930 | 50 | AB | 734 | 00 | 1 | NPI | 1770549010 |
| 3 | 02 | 09 | 16 | 02 | 09 | 16 | 24 | L8699 | 50 | AB | 1700 | 00 | 1 | NPI | 1770549010 |
| 4 | 02 | 09 | 16 | 02 | 09 | 16 | 24 | L8699 | 50 | BA | 1700 | 00 | 1 | NPI | 1770549010 |
| 5 | 02 | 09 | 16 | 02 | 09 | 16 | 24 | L8699 | 50 | AB | 3400 | 00 | 1 | NPI | 1770549010 |
| 6 | | | | | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER: 611723805 — EIN X
26. PATIENT'S ACCOUNT NO.: 0000189
27. ACCEPT ASSIGNMENT? YES X
28. TOTAL CHARGE: $ 123467 00
29. AMOUNT PAID: $ 0 00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER — SIGNED: L Zamorano M.D. DATE: 02/09/16
32. SERVICE FACILITY LOCATION INFORMATION: Michigan Amb Surgical Center, 22000 Greenfield Rd, OAK PARK, MI 48237 — a. 1790109445
33. BILLING PROVIDER INFO & PH #: (248) 206-2990 — Michigan Amb Surgical Center, 22000 Greenfield Rd, OAK PARK, MI 48237 — a. 1790109445